■ EUGUENE F. CARNEY, Appellant, v EILEEN H. CARNEY, Respondent. [691 NYS2d 344] —In an action for a divorce and ancillary relief, the plaintiff husband appeals from a decision of the Supreme Court, Dutchess County (Brands, J.), dated March 26, 1998.

Ordered that the appeal is dismissed, with costs, as no appeal lies from a decision (*see, Schicchi v Green Constr. Corp.*, 100 AD2d 509). S. Miller, J. P., Ritter, Thompson and Joy, JJ., concur.